**THERESA A. GOLDNER, COUNTY COUNSEL**
**By: JUDITH M. DENNY, DEPUTY (SBN 200001)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**
**Fax 661-868-3805**

**Attorneys for Defendant County of Kern**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORE KAPLAN, | CASE NO. 1:14-CV-00206 AWI JLT |
| Plaintiffs, | ORDER GRANTING STIPULATION TO MODIFY THE DEADLINE TO FILE AMENDED PLEADINGS |
| v. | |
| COUNTY OF KERN, a municipality; GABRIEL LOPEZ, an individual; and DOES 1 TO 10, inclusive, | (Doc. 24) |
| Defendants. | |

The parties, by and through their attorneys of record, stipulate as follows:

Defendants are unable to respond to the request for production of documents, served by the plaintiffs on November 4, 2014, due to the schedule of counsel and a pre-planned vacation of counsel over the Thanksgiving holiday.  Plaintiff's counsel has granted the defendant a two week extension to respond to the pending request for production provided that defendant stipulate to move the deadline in the September 15, 2014 Scheduling Order regarding the Pleading Amendment Deadline.

The current due date for the filing of amended pleadings, either through a stipulation or motion to amend, is December 15, 2014.  A two week extension to respond to the discovery causes the due date for the discovery responses to fall after the current deadline regarding amended pleadings.

///

1

Therefore, the parties agree to modify the current case scheduling order by extending the deadline to file any pleading amendments, either through a stipulation or motion to amend, as follows:

- Any requested pleading amendments are ordered to be filed, either through a stipulation or motion to amend, no later than December 29, 2014.

Dated: November 25, 2014          THERESA A. GOLDNER, COUNTY COUNSEL


By:   /s/ Judith M. Denny                            .
      Judith M. Denny, Deputy
      Attorneys for Defendant County of Kern,

Dated: November 24, 2014          ROBINSON & KELLAR


By:   /s/ Oliver U. Robinson                         .
      Oliver U. Robinson

Dated: November 21, 2014          CHAIN COHN STILES


By:   /s/ Neil K. Gehlawat                           .
      Neil K. Gehlawat
      Attorneys for Plaintiff Lore Kaplan

**ORDER**

Based upon the stipulation of the parties, the Court ORDERS:

1.      The stipulation to amend the scheduling order (Doc. 20) is **GRANTED** and the schedule is modified as follows:

Any requested pleading amendments are ordered to be filed, either through a stipulation or motion to amend, no later than **December 29, 2014.**

IT IS SO ORDERED.

Dated:   **November 26, 2014**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

2