CHAIN | COHN | STILES
David K. Cohn, Esq. (SBN 68768)
Email:  dcohn@chainlaw.com
Neil K. Gehlawat, Esq. (SBN 289388)
Email:  ngehlawat@chainlaw.com
1430 Truxtun Avenue, Suite 100
Bakersfield, CA  93301
Telephone:  (661) 323-4000
Facsimile:   (661) 324-1352

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORE KAPLAN, individually, | CASE NO. 1:14-CV-00206-AWI-JLT |
| Plaintiff, | [~~PROPOSED~~] ORDER REGARDING CONTINUANCE OF MANDATORY SETTLEMENT CONFERENCE |
| v. | |
| COUNTY OF KERN, a municipality; GABRIEL LOPEZ, an individual; and DOES 1 -10, inclusive, | (Doc. 47) |
| Defendants. | |

Before the Court is a Stipulation to Continue Mandatory Settlement Conference.   The Court hereby continues the Mandatory Settlement Conference scheduled in this matter for May 5, 2016 to May 16, 2016 at 9:30 a.m. in Bakersfield at 510 19th Street (JLT) before Magistrate Judge Jennifer L. Thurston.

IT IS SO ORDERED.

   Dated:  **April 26, 2016**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE