UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORE KAPLAN, | Case No.: 1:14-cv-00206 - AWI - JLT |
| Plaintiff, | ORDER AFTER SETTLEMENT CONFERENCE |
| v. | |
| COUNTY OF KERN, et al., | |
| Defendant. | |

The Court held a settlement conference in this case. Though the case did not settle, the plaintiff's successor in interest made a global offer to settle that counsel for the County of Kern will present to the Kern County Board of Supervisors as soon as possible. In light of the impending dates and the need to preserve judicial resources and the resources of the parties, the Court **ORDERS**:

1. **No later than July 15, 2016**, the parties **SHALL** file either a notice of settlement or a joint status report;

2. The pretrial conference and the trial dates are **VACATED**[1].

IT IS SO ORDERED.

Dated:   **June 20, 2016**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] In the event the parties do not settle the matter, they will be directed as to how to re-set the pretrial conference and trial dates.