UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORE KAPLAN,<br><br>          Plaintiff,<br><br>   v.<br><br>COUNTY OF KERN, a municipality;<br>GABRIEL LOPEZ, an individual; and<br>DOES 1 to 10, inclusive,<br><br>          Defendants. | No.  1:14-cv-00206-DAD-JLT<br><br><br>ORDER DIRECTING THE CLERK OF THE<br>COURT TO CLOSE THE CASE<br><br>(Doc. No. 63) |

On July 28, 2016, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear its own costs and attorneys' fees except as may otherwise be provided in the settlement as delineated in any corresponding Release and Settlement Agreement.  (Doc. No. 63.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __**August 1, 2016**__

_____
UNITED STATES DISTRICT JUDGE

1